**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00249-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**SETH PIERCE, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MC12-B7508**

## ORDER

The Court **GRANTS** the State's March 22, 2013 motion to extend time to file its brief only to the extent that we **ORDER** the State to file its brief by **APRIL 22, 2013**.

Appellee's brief is due by **MAY 13, 2013**.

The appeal remains set for submission on June 7, 2013.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    MICHAEL J. O'NEILL
PRESIDING JUSTICE